UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHERRIE LYN HARDER | ) | CASE NO. 09-14734 FJO-13 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 17 FILED BY HSBC BANK NEVADA FOR BEST BUY**

Comes now Robert A. Brothers, Trustee herein, and files this Objection to Claim Number 17 filed by HSBC BANK NEVADA FOR BEST BUY, pursuant to Fed.R.Bankr.P. 3007. The creditor has filed a claim asserting a secured lien status. The debtor's confirmed plan fails to recognize the secured status of the claim. No objection was filed by the creditor to the debtor's lack of secured treatment in the plan. Therefore, the claim should be deemed to be fully unsecured.

Respectfully submitted:

/s/ Robert A. Brothers________
Robert A. Brothers, Trustee
151 N. Delaware St., Ste. 1400
Indianapolis, IN 46204
(317) 636-1062
(317) 636-1186 fax

**Certificate of Service**

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class United States mail, postage prepaid, this 13th day of December, 2010:

___/s/ Robert A. Brothers_____

SHERRIE HARDER
10799 RUNNING BROOK ROAD
INDIANAPOLIS, IN 46234

HSBC BANK NEVADA (BEST BUY)
BASS & ASSOCIATES
3936 E. FT. LOWELL SUITE 200
TUCSON, AZ 85712

DEBTOR ATTORNEY
U.S. TRUSTEE